# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-3794

_____

Ronald L. Schade,                                 *
                                                  *
                    Appellant,                     *
                                                  *
            v.                                     *
                                                  *
Phelps County Sheriff's Department,               *
                                                  *
                    Defendant,                     *
                                                  *
Thomas L. Nutt, Sheriff,                          *
                                                  *
                    Appellee,                      *
                                                  *    Appeal from the United States
Timothy E. Hoeft, County Attorney;                *    District Court for the
John Doe, Officers 1-3; John Doe,                 *    District of Nebraska.
Jailer-Officer; Unknown Offner,                   *
Judge,                                            *    [UNPUBLISHED]
                                                  *
                    Defendants,                    *
                                                  *
Brad Butler, Jailer,                              *
                                                  *
                    Appellee,                      *
                                                  *
Russ Nedreg, Jailer,                              *
                                                  *
                    Defendant,                     *
                                                  *
Penny Gregg, Sheriff; County of                   *
Phelps, Nebraska; County Jail of Phelps *

County, Nebraska; Unknown Deputies and Jailers, County Jail of Phelps County, Nebraska,

        Appellees,

Steven Jensen, of the Sheriff's Department of Buffalo County, Nebraska, Individually, And in His Official Capacity; Beth Sheiers, Deputy Sheriff for Buffalo County, Nebraska, Individually and In Her Official Capacity; David Butler, Deputy Sheriff for Buffalo County, Nebraska; Individually, and In His Official Capacity; Buffalo County, Nebraska, A Political Subdivision As Such, And As Respondent Superior; Connie Johnson, Jailer, Phelps County Jail, Individually, And In Her Official Capacity; Aaron Pistulka, Jailer, Phelps County Jail, Individually, And In His Official Capacity; Janice Groth, Jailer, Phelps County Jail, Individually, And In Her Official Capacity; Joyce Way, Sergeant, Phelps County Jail, Individually, And In Her Official Capacity; Bryan Hanson, Deputy Sheriff of Phelps County, Nebraska, Individually And In His Official Capacity; Gene Samuelson, Deputy Sheriff of Phelps County, Nebraska, Individually And In His Official Capacity,

        Defendants.

_____

Submitted:  September 29, 2005
Filed:  October 12, 2005
_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.
_____

PER CURIAM.

Nebraska inmate Ronald L. Schade appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action.  Having carefully reviewed the record and considered the parties' arguments, *see Jolly v. Knudsen*, 205 F.3d 1094, 1096 (8th Cir. 2000) (standard of review), we find no basis for reversal.  We also deny Schade's motion for appointment of counsel.

Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.